UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DALKE, | No. 2:22-cv-1842 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO CORRECTIONS, et al., | |
| Defendants. | |

By findings and recommendations filed October 28, 2022, the undersigned recommended that plaintiff's motion to proceed in forma pauperis be denied because plaintiff made an inadequate showing of indigency. ECF No. 9. Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has now filed a motion for a ninety-day extension of time to pay the filing fee. ECF No. 10. Because the findings and recommendations have not yet been adopted, the filing fee is not yet due, and plaintiff's motion will be denied. Plaintiff will instead be given an extension of time to file objections to the findings and recommendations. If plaintiff seeks to object to the findings and recommendations on the ground that he is indigent, he must provide an updated trust account statement indicating his lack of funds.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to pay the filing fee (ECF No. 10) is DENIED as unnecessary; and

1

2. Plaintiff shall have fourteen days from the service of this order to file any objections to the October 28, 2022 findings and recommendations.

DATED: November 18, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE