UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO CORRECTIONS, et al.,<br><br>Defendants. | No.  2:22-cv-1842 DAD AC P<br><br><br><br>ORDER |

Plaintiff filed a motion for a thirty-day extension of time to file an amended complaint. The current deadline is July 27, 2023.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 24) is GRANTED; and

2. Plaintiff is granted and additional thirty days, up to August 28, 2023, to file an amended complaint.

DATED: July 17, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE