UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE, | No. 2:22-cv-1842 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a motion for copies of the exhibits attached to the original and first amended complaints and for an extension of time to file an amended complaint. ECF No. 38. He states that his copies of the exhibits have been taken and he does not have any money to pay for copies. Id. As a one-time courtesy, the Clerk of the Court will be directed to provide plaintiff with copies of his exhibits,[1] and plaintiff's request for an extension of time will be granted. Plaintiff is cautioned that he should ensure that all the facts related to his claims are contained in the complaint, as the court will not comb through lengthy exhibits in an attempt to determine whether he has stated a claim for relief.

////

---

[1] The exhibits to the original and first amended complaint are largely duplicative. Plaintiff will therefore be provided with the exhibits attached to his first amended complaint, plus those exhibits attached to the original complaint that are not duplicative and are not a response to a grievance. Plaintiff should be able to obtain copies of grievance responses from the prison.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for copies and an extension of time (ECF No. 38) is GRANTED;

2. Plaintiff shall have thirty days from the service of this order to file an amended complaint; and

3. As a one-time courtesy, the Clerk of the Court is directed to provide plaintiff a copy of the exhibits attached to his original and first amended complaints located at ECF No. 1 at 23-29 and ECF No. 26 at 10-31.

DATED: January 2, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE