UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO CORRECTIONS, et al.,<br><br>Defendants. | No. 2:22-cv-01842-DAD-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR A PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 28, 37) |

    Plaintiff Joshua Jason Dalke is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 29, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a preliminary injunction (Doc. No. 28) be denied. (Doc. No. 37.) Those pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 10.) To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on November 29, 2023 (Doc. No. 37) are adopted in full;

2. Plaintiff's motion for a preliminary injunction (Doc. No. 28) is denied; and

3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **January 16, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE