UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO CORRECTIONS, et al.,<br><br>Defendants. | No. 2:22-cv-1842 DAD AC P<br><br>ORDER RESPONDING TO PLAINTIFF'S DECLARATION |

Plaintiff, a state prisoner proceeding pro se, has filed a declaration stating that he did not receive documents mailed to him by the court on November 23, 2023, and requesting that the court provide him copies of those documents. ECF No. 42.

Review of the docket shows that nothing issued from the court on November 23, 2023. While an order and findings and recommendations dated November 28, 2023, was filed and served on November 29, 2023 (ECF No. 37), it appears that plaintiff received a copy since his subsequently filed motion for extension of time sought to extend a deadline contained within the order (ECF No. 38).

Accordingly, IT IS HEREBY ORDERED THAT plaintiff's request for copies (ECF No. 42) is DENIED.

DATED: February 12, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE