UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE, | No. 2:22-cv-1842 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO CORRECTIONS, et al, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed an unsigned notice stating that he is dismissing this action. ECF No. 45. Plaintiff is advised that if he wants to dismiss the case, he must file a notice of voluntary dismissal that includes his signature. In the event he does not file a signed notice of voluntary dismissal within twenty-one days, the court will assume that he wants to proceed with this action. The court once again cautions plaintiff that he should not submit a notice of voluntary dismissal unless he is serious about dismissing his case. Once this case is closed, it is unlikely to be re-opened just because plaintiff has changed his mind about dismissal.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's unsigned notice of voluntary dismissal (ECF No. 45) is DISREGARDED.

DATED: February 27, 2024

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE