Joshua Dalke AF0507 A2 118
PO Box 290066
Represa CA 95671

United States District [Court]
For the State of [California]

1
2
3
4  2:22-cv-1842-DAD-AC (PC)
5  Dalke Joshua      Case # 222cv01842 DAD
6         Plaintiff  Addition to 3rd Complaint
7                    to get screened
8                Vs         **FILED**
9
10 California Corrections      JUL 10 2024
11       Defendants
12                       CLERK, U.S. DISTRICT COURT
                         EASTERN DISTRICT OF CALIFORNIA
                         BY _____ DEPUTY CLERK
13            Introduction
14  Plaintiff paid filing fees but had got Informa[]
15 Pauperus for the rest of the case. Now at hand
16 third attempt to get complaint Screen. The
17 prior complaints responses stated needs to show
18 a Federal Violation not state. And Now Dalke has
19 come up with a Federal ground to get 3rd attempt
20 threw. 8th Amendment Cruel and unusual
21 conditions. The illegal request from Correctio[]
22 officers in Donavan for Dalke to become a
23 snitch and when Dalke refused to snitch
24 CO Hyman abused her post as consular and
25 placed Rape in C file on a case were NO
26 Rape was shown happen. And it goes to this
27 "R" that put Dalkes prison conditions in danger
28 were alot of fights over the "R" Suffix caused
29 by other COs telling thier snitches which are
30 in prison gangs. And the original case out of New
31 York. were mom of girl lied. That Police Dept

1  asked Dalke to inform snitch. And when
2  Dalke refused False police reports on girls case
3  were placed after sentencing. And used later in
4  Los Vegas Miami Police station that made
5  Cruel and unusual Punishment Happen
6  Being in California District Attorney in
7  Dalkes case didnt let the Defense know
8  at Dalkes trial know SanBernardino Sheriffs
9  JAN 9th 2009 put False Murder on SanBernardino
10 sheriff 2nd Degree. That Correctional
11 officer Hyman said Dalke you tried to escape
12 and Kill a sheriff I used to be a LAPD GO2
13 this and put 24 extra points "R" suffix. Up for
14 Corcoran Level 4 when I wasnt a Register
15 Sex offender not Level 4 and when I
16 got to Corcoran Case NO 222.cv.
17 settled for 5 thousand were a snitch of COs
18 assaulted me from behind almost killed me
19 because COs told the "R" Suffix. Not only is the
20 actions cruel and the conditions I Dalke have
21 to deal with COs think I Killed cops. And
22 raped a underage girl. They get back at me
23 by telling who they trust, snitches who
24 dont care if they ruin the inmates life wrong
25 or right. If they snitch and hurt for
26 the COs which they do I will show which
27 ones and how when where in my own experience
28 that made me have to defend myself costing
29 me 115th costing my parole being denied 10 extra
30 years. Before Hyman. CO Lewis said NO Rand had

1. the real police reports were the girls dad told how
2. Dalke came up to house hearing man said rape.
3. Dad told Dalke girl lied of age and Dalke called
4. 911.
5. Now that Hyman threw out police reports
6. Rochester protecting those cops that put
7. False police reports. But I got the actual
8. F.O.I.L. Police reports And I got a lawsuite
9. going to be going on at same time as this. for
10. Washington DC if not respected and not
11. given respect for my religion. I'm a gentile
12. Jew. I practise judiasm. And its
13. against god to tell what some one else said to
14. a third party without permission. And every
15. time a officer or correction officer asked
16. I respectfully said NO and didnt tell
17. anyone our conversatitions because it would
18. break my religious belief.
19. My life is in danger ever day on both ends
20. of prison life over abuse of process done by
21. corrupt officers that dont mean well and
22. makes the good officers look bad and
23. has me having to bring this to the court.
24. I dont have a chose. I'm being kept in
25. prison because I'm pertrayed as some
26. thing I'm not out of Hate because I
27. will not play their game. My religious beliefs
28. are being disrespected and I'm in danger bringing
29. this accusations up to the court and could
30. die before I prove or should say try to prove that

1  And I'm a jew gentile that believes in building the
2  third temple and me being who G-d put me
3  to be for all my family who got me here. And you
4  for your family who got you here when we own up on
5  a sacrifice on Judge day.
6     And I can't get to do this if I'm in unfit conditions
7  because individuals cant take No and abuse thier post
8  because they think they can. So 8th amendment
9  1st admendment is also being violated. So I
10 do feel this could be handled in your court
11 for California defendants part. And I'm working
12 on NewYorks defendants part. Then if you both
13 don't respect the law I'll go up the latter to
14 9th Appeal 2th Appeal in NewYork and in
15 Washington because my life and free from unsafe confine-
16 ment caused by public officers actions is a problem
17 I will go all the way. I can die doing this or
18 from whats already been done. I deserve
19 my rights being respected.
20    Thank you. I apologize I didn't go to
21 state level at the time but for Washington
22 DC I thought it be quicker to go this way
23 on both ends in case you deny me put of looking out
24 for fellow government employees and thier familys sense
25 if proven thier misconduct happen can lose thier
26 job maybe jail time. Hopefully It don't have
27 to come to long drawn out. But nothings been easy.
28 I swear the following is true and correct.
29 July 4th 2024
30
31                                    Joshua Dalke
                                       JshDalke