UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JASON DALKE,<br><br>  Plaintiff,<br><br>  v.<br><br>SACRAMENTO CORRECTIONS, et al.,<br><br>  Defendants. | No.  2:22-cv-1842 DAD AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a document styled as an addition to his third complaint, in which it appears that he is seeking to add additional claims to his second amended complaint.  ECF No. 48.  If plaintiff wants to amend the complaint, he must file an amended complaint that is complete in itself without reference to previous complaints.  See L.R. 220 (every amended or supplemented pleading must be "complete in itself without reference to the prior or superseded pleading").  In other words, he cannot make piecemeal filings adding claims or information to the complaint.  Plaintiff will be provided an opportunity to file an amended complaint that contains all of the claims he wants to bring in a single document.  If plaintiff chooses to file an amended complaint, he is advised that the court will look at only the claims and information provided in the amended complaint.  **Any claims and information not in the third amended complaint will not be considered.**  If plaintiff does not file an amended

////

complaint within the time provided, the case will proceed on the second amended complaint (ECF No. 40), as filed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days of the service of this order, plaintiff may file a third amended complaint. If plaintiff does not file a third amended complaint, the case will proceed on the second amended complaint, as filed.

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: July 16, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE